UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Sherri Norris<br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.:   15-30393<br><br>Chapter: 13<br>Honorable Jacqueline Cox |

## ORDER FOR RELIEF FROM THE AUTOMATIC STAY

This matter coming to be heard on South Commons Phase I Condominium's Motion for Relief from the Automatic Stay, due notice having been given, and the Court being fully advised in the premises, and having found that cause exists for relief from the automatic stay,

IT IS HEREBY ORDERED that the automatic stay in this case as it applies to the South Commons Phase I Condominium is hereby modified to permit the PSouth Commons Phase I Condominium (1) to exercise, pursue and enforce any and all remedies available to it under Illinois law, related to unit 3001-705 in the South Commons Phase I Condominium at 3001 S. Michigan Avenue, Chicago, Illinois 60616 for non-payment of condominium common expense assessments and related charges; (2) to defend in any foreclosure action brought for Unit 3001-705 and (3) Rule 4001(a)(3) is not applicable, and that South Commons Phase I Condominium may immediately enforce and implement the order granting relief from the automatic stay.

Enter:

J. Cox

Dated:  1/30/17

United States Bankruptcy Judge

**Prepared by:**
Matthew J. Goldberg
Attorney for Creditor
South Commons Phase I Condominium
55 E. Monroe St., Ste. 3900
Chicago, Illinois  60603
(312) 252-4375

Rev: 20130104_bko