## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Sherri Norris | ) | Case No. 15-30393 |
| | ) | |
| Debtor(s) | ) | CHAPTER 13 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |

### NOTICE OF MOTION

TO:

Tom Vaughn (via electronic notice)

United States Trustee (via electronic notice)

Sherri Norris, P.O. Box 6612, , Broadview, IL  60155

See attached list of all creditors

PLEASE TAKE NOTICE that on December 4, 2017 at 9:00 AM or soon thereafter I shall be heard, I shall appear before the Honorable Judge Jacqueline P. Cox at 219 S. Dearborn St., Courtroom 680, Chicago, IL, and request that the attached motion be granted, at which time you may appear if so desired.

/s/  Adam B. Bourdette
Adam B. Bourdette
Ledford, Wu & Borges, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200

### PROOF OF SERVICE

I, the undersigned, certify that I caused this Notice and a copy of the attached document(s) to be served upon the entities named above by depositing the same in the U.S. Postal Service's mail box at 150 W. Madison St., Chicago, IL 60602, on November 9, 2017 before 3:00 p.m., except that the trustee, U.S. Trustee and any other party indicated in the Notice of Filing were served electronically by the court on such date.

/s/  Adam B. Bourdette
Adam B. Bourdette

```
Label Matrix for local noticing        Ditech                                    PERITUS PORTFOLIO SERVICES II, LLC
0752-1                                  1400 Turbine Drive                       PO BOX 141419
Case 15-30393                           Ste 200                                  Irving, Tx 75014-1419
Northern District of Illinois           Rapid City, SD 57703-4719
Chicago
Sun Sep 25 11:51:47 CDT 2016

U.S. Bankruptcy Court                   Acceptance Now                           Americredit Financial Services INC. dba GM F
Eastern Division                        5501 Headquarters Dr                     PO BOX 183853
219 S Dearborn                          Plano, TX 75024-5837                     Arlington, Texas 76096-3853
7th Floor
Chicago, IL 60604-1702

CITY OF CHICAGO - DEPT OF FINANCE       Cavalry Investments, LLC                 Ccrservices
C/O TALAN & KTSANES                     assignee of Ford Credit US               P O Box 32299
223 W JACKSON - SUITE 512               500 Summit Lake Drive, Ste 400           Columbus, OH 43232-0299
CHICAGO IL 60606-6904                   Valhalla, NY 10595-1340

Cda/pontiac                             City Of Chicago Department Revenue       City of Chicago
Attn:Bankruptcy                         c/o Arnold Scott Harris P.C.             121 N. LaSalle St
Po Box 213                              111 W Jackson Blvd Ste 600               107A
Streator, IL 61364-0213                 Chicago, IL 60604-3517                   Chicago, IL 60602-1232

City of Chicago                         City of Chicago-Department of Finance    Commonwealth Edison Company
121 N. LaSalle St                       C/O Roberts and Weddle, LLC              3 Lincoln Center
Chicago, IL 60602-1202                  309 W. Washington St.  Suite 500         Attn: Bankruptcy Department
                                        Chicago, IL 60606-3200                   Oakbrook Terrace, IL 60181-4204

Cook County Assessor's Office           Cook County Treasurer                    Cook County Treasurers Office
118 N Clark                             118 North Clark Street                   118 North Clark Street
Chicago, IL 60602-1309                  Suite 112                                Room 112
                                        Chicago, IL 60602-1590                   Chicago, IL 60602-1590

Debt Recovery Solution                  Ditech Financial LLC                     Ditech Financial LLC
Attention:  Bankruptcy                  7340 S. Kyrene Rd                        PO BOX 6154
900 Merchants Concourse Ste Ll11        Recovery Dept T120                       Rapid City, SD 57709-6154
Westbury, NY 11590-5121                 Tempe, AZ 85283-4573                     Telephone 57709-6154

Enhanced Acq                            Fed Loan Serv                            Fingerhut
3840 E Robinson Ro                      Po Box 60610                             6250 Ridgewood Road
Amherst, NY 14228-2001                  Harrisburg, PA 17106-0610                Saint Cloud, MN 56303-0820

GECRB/Care Credit                       GM Financial                             Green Tree Servicing L
Attn: bankruptcy                        Po Box 181145                            Po Box 6172
Po Box 103104                           Arlington, TX 76096-1145                 Rapid City, SD 57709-6172
Roswell, GA 30076-9104

Greentree                               Gregory Crawford                         IL Dept of Employment Security
Po Box 460700                           144 S. 11th Ave.                         33 South State St.
Escondido, CA 92046-0700                Maywood, IL 60153-1336                   9th Fl
                                                                                 Chicago, IL 60603-2806
```

Keynote Consulting
220 West Campus Drive
Suite 102
Arlington Heights, IL 60004-1498

Lakisha Rucker
3621 W. Polk, Apt. 306
Chicago, IL 60624-4442

Law Offices of Talan & Ktsanes
223 W. Jackson Blvd
Ste 512
Chicago, IL 60606-6904

Lekisha Rucker
PO Box 437093
Chicago, IL 60643-7093

Lvnv Funding
Po Box 10497
Greenville, SC 29603-0497

Mcsi Inc
Po Box 327
Palos Heights, IL 60463-0327

Med Business Bureau
Po Box 1219
Park Ridge, IL 60068-7219

Ntl Acct Srv
1246 University Av
Saint Paul, MN 55104-4125

Pinnacle Credit Service
Attn: Bankruptcy
Po Box 640
Hopkins, MN 55343-0640

Porania LLC
c/o BIltmore Asset Management
24500 Center Ridge Rd Ste 472
Westlake, OH 44145-5605

Quantum3 Group LLC as agent for
Sadino Funding LLC
PO Box 788
Kirkland, WA   98083-0788

RCN Cable
PO Box 11816
Newark, NJ 07101-8116

Rjm Acq Llc
575 Underhill Blvd Suite 224
Syosset, NY 11791-3416

Roberts & Weddle, LLC
309 W. Washington
Suite 500
Chicago, IL 60606-3200

Santander Consumer Usa
Po Box 961245
Ft Worth, TX 76161-0244

Sentry Credt
2809 Grand Ave
Everett, WA 98201-3417

South Commons Condo Association
2901 S. Michigan
Chicago, IL 60616-5217

Stellar Rec
4500 Salisbury Rd Ste 10
Jacksonville, FL 32216-0959

T.H.E. Management, Inc.
2130 Belmont
Chicago, IL 60618-6990

TALAN & KTSANES
223 W JACKSON - SUITE 512
CHICAGO IL 60606-6904

Tsi/980
600 Holiday Dr
Matteson, IL 60443-2241

U.S. Department of Education
C/O FedLoan Servicing
P.O. Box 69184
Harrisburg, PA   17106-9184

Jason P Allain
Ledford Wu and Borges, LLC
105 W. Madison
23rd Floor
Chicago, IL 60602-4647

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

Sherri Norris
3001 S. Michigan
Chicago, IL 60616-3261

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603-5764

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u) CONDO ASSOCIATION??

(d) PERITONEIO SERVICES, LLC
PO BOX 141419
Irving, Tx 75014-1419

(u) Lekisha Rucker

End of Label Matrix
Mailable recipients    55
Bypassed recipients     3
Total                  58

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Sherri Norris | ) | Case No. 15-30393 |
| | ) | |
| Debtor(s) | ) | CHAPTER 13 |
| | ) | |
| | ) | Judge Jacqueline P. Cox |

## MOTION TO MODIFY CONFIRMED PLAN

The debtor(s), by and through counsel, and in support of her Motion to Modify Confirmed Plan pursuant to 11 U.S.C. § 1329, states to the court as follows:

1. The court has jurisdiction over this matter under 28 U.S.C. §§ 1334 and 157.

2. This is a core proceeding pursuant to 28 U.S.C. § 157(b).

3. The debtor filed a petition for relief and a plan under Chapter 13 of the Bankruptcy Code on September 4, 2015

4. The plan was confirmed by this court on January 13, 2016

5. The debtor lost employment and is currently receiving unemployment benefits.

6. The debtor has the ability to still make payments at a reduced rate.

7. It is feasible to defer the plan arrears to:

    a. the end of the plan

    b. pay the general unsecured creditors at a 50% distribution

    c. Lower the plan payments to $1,600.00

    d. Adjust the plan base to $ 91,415.85

WHEREFORE, the debtor requests that the court defer all Trustee arrears accumulated to date) to ensure that allowed general unsecured creditors still receive a 50% distribution, lower the plan payments to $1,600.00, adjust the plan base to $ 91,415.85 and grant the debtor such other relief as just and proper.

Respectfully submitted,

/s/ __Adam B. Bourdette_____
Adam B. Bourdette
Ledford, Wu & Borges, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

Sherri Norris                )    Case No. 15-30393
                             )
        Debtor(s)            )    CHAPTER 13
                             )
                             )    Judge Jacqueline P. Cox

## ORDER MODIFYING CONFIRMED PLAN

This cause coming on the debtor's Motion to Modify Confirmed Plan, all parties having been given notice thereof, and the court being duly advised, IT IS ORDERED BY THE COURT that the confirmed plan is hereby modified to:

    a. defer the plan arrears to the end of the plan

    b. pay the general unsecured creditors at 50%

    c. Modify the plan payments to $1600.00

    d. Adjust the plan base to $ 91,415.85

Dated:

_____
UNITED STATES BANKRUPTCY JUDGE

Prepared by:

Adam B. Bourdette
Ledford, Wu & Borges, LLC.
105 W. Madison St., 23rd Floor
Chicago, IL 60602
312-853-0200